MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-3735
E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EUGENE BROOKS, III,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-cv-00396-DJC-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a forty-five-day extension of time to respond to Plaintiff's Complaint in this case from April 1, 2025, up to and including May 16, 2025. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due to be filed by April 1, 2025.

Defendant has not previously requested an extension of this deadline.

2. In accordance with the Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record (CAR) as the Answer to a Complaint for review.

3. Counsel for the Commissioner has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the CAR is not fully prepared in this matter. The client agency therefore needs more time to prepare the CAR for the Court's review.

4. For this reason, Defendant requests an extension to May 16, 2025 (45 days), to file an Answer or other response in this matter.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objection to this extension request.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

7. I am attempting to preserve limited judicial resources and have applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until May 16, 2025, to respond to Plaintiff's Complaint.

///

                                                                      Respectfully submitted,

DATE: March 27, 2025                    PRATO & REICHMAN, APC

                                                                      */s/ Christopher James Reichman\**
                                                                      CHRISTOPHER JAMES REICHMAN
                                                                      Attorney for Plaintiff
                                                                      (*as authorized via email on March 27, 2025)

                                                                      MICHELE BECKWITH
                                                                      Acting United States Attorney

                                                                      MATHEW W. PILE
                                                                      Associate General Counsel
                                                                      Office of Program Litigation, Office 7
                                                                      Social Security Administration

DATE: March 27, 2025          By      *s/ Justin L. Martin*
                                                                      JUSTIN L. MARTIN
                                                                      Special Assistant United States Attorney

                                                                      Attorneys for Defendant

                                                                      ORDER

     Pursuant to stipulation, it is so ordered.


Dated:  March 27, 2025

                                                                      DENNIS M. COTA
                                                                      UNITED STATES MAGISTRATE JUDGE