MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-3735
E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EUGENE BROOKS, III,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-cv-00396-DJC-DMC<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a thirty-one-day extension of time to respond to Plaintiff's Complaint in this case from May 16, 2025, up to and including June 16, 2025. In support of this request, the Commissioner respectfully states as follows:

    1. Defendant's response to Plaintiff's Complaint is due to be filed by May 16, 2025.

Defendant previously requested a forty-five-day extension of this deadline.

2. Despite working diligently to meet the case deadlines set forth in Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), Defendant needs additional time in the instant case to prepare the certified administrative record for the Court's review.

3. For this reason, Defendant requests an extension to June 16, 2025 (31 days), to file an Answer or other response in this matter.

4. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objection to this extension request.

5. This request is made in good faith and is not intended to delay the proceedings in this matter.

6. I am attempting to preserve limited judicial resources and have applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until June 16, 2025, to respond to Plaintiff's Complaint.

///

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |
| DATE: May 15, 2025 | PRATO & REICHMAN, APC |   |

*/s/ Christopher James Reichman**
CHRISTOPHER JAMES REICHMAN
Attorney for Plaintiff
(*as authorized via email on May 14, 2025)

MICHELE BECKWITH
Acting United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

DATE: May 15, 2025     By     *s/ Justin L. Martin*
JUSTIN L. MARTIN
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

Dated:  May 15, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE