KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
KATHERINE B. WATSON, WA # 51525
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: 206-615-2139
      E-Mail: Katherine.Watson@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE BROOKS, III,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:25-CV-00396-DJC-DMC<br><br>MOTION AND ORDER FOR AN EXTENSION OF TIME |

    Defendant moves for an extension of time through September 8, 2025, such that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (30) days from August 8, 2025, up to and including September 8, 2025. This is the Defendant's first request for an extension.

    I am requesting this extension because an attorney new to our office is working on this brief under my supervision. Due to a heavy workload, we need additional time to complete this matter and to help the new attorney familiarize himself and obtain review of this matter.

    I have contacted Plaintiff's counsel, who has agreed to stipulate to this request. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. for Ext.; 2:25-CV-00396-DJC-DMC            1

Respectfully submitted,

Dated: July 30, 2025

/s/ *Christopher Reichmann**
(*as authorized via e-mail on July 28, 2025)
CHRISTOPHER REICHMANN
Attorney for Plaintiff

Dated: July 30, 2025

KIMBERLY A. SANCHEZ
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: /s/ *Katherine B. Watson*
KATHERINE B. WATSON
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including September 8, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated: July 30, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE