**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

EUGENE BROOKS, III,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 2:25-cv-00396-DJC-ICD

ORDER

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On October 16, 2026, the Magistrate Judge filed findings and recommendations herein (ECF No. 23) which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed October 16, 2026 (ECF No. 23) are ADOPTED IN FULL.

2. Plaintiff's motion for summary judgment (ECF No. 14) be DENIED;

/ / /

/ / /

3. Defendant's cross-motion for summary judgment (ECF No. 19) be GRANTED; and

4. The Commissioner's final decision be AFFIRMED.

5. The Clerk of the Court is directed to enter judgment and close this file.

Dated: November 18, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE